NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL STEPHEN SMITH,                )
                                     )
          Petitioner,                )
                                     )
v.                                   )          Case No. 2D18-4450
                                     )
STATE OF FLORIDA,                    )
                                     )
          Respondent.                )
_____    )

Opinion filed June 26, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Barbara
Twine Thomas, Judge.

William Franchi of Franchi Law, PLLC,
Tampa, for Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Respondent.


PER CURIAM.


          Denied.


NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.